In The United States District Court For The Central District Of Illinois, Peoria Division

Eric E. Bernard,
      Plaintiff,

v.

St. James Hospital, et al,
      Defendants.

Case No. 20-CV-01367

The Honorable Chief Judge Sara Darrow

## Motion For Extension

1. Plaintiff is currently suffering from some medical issues, he has recently been advised that he has a TBI which is causing severe cognitive and physical difficulties thats hindering his ability to respond to both Defendants Summary Judgement in the re scheduled time frame of the deadline.

1 of 2

2. Plaintiff also has several Depositions, Daley Hearing, several Criminal Hearings within the next month.

3. Plaintiff ask that this Court grant him a 45 day extension to respond to the Defendants Summary Judgments

Respectfully Submitted

/s/ Eric E. Bernard
Eric E. Bernard
#R28398
600 N. Brinton
Dixon, IL 61021

2 of 2




# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF ILLINOIS
### PEORIA DIVISION

**ELECTRONIC FILING COVER SHEET**

Please complete this form and include it when submitting any type of document, letter, or pleading to the U.S. District Court for ~~NORTHERN~~ CENTRAL District of Illinois for review and filing.

Name: ERIC BERNARD    ID Number: R25398

Please answer questions as thoroughly as possible and circle yes or no where indicated.

1. Is this a new civil rights complaint or habeas corpus petition?    Yes or **No**

   If this is a habeas case, please circle the related statute: 28 U.S.C. 2241 or 28 U.S.C. 2254

2. Is this an Amended Complaint or an Amended Habeas Petition?    Yes or **No**

   If yes, please list case number: _____

   If yes, but you do not know the case number, mark here: _____

3. Should this document be filed in a pending case?    **Yes** or No

   If yes, please list case number: ~~20-CV-0147~~ 20-CV-0367

   If yes, but you do not know the case number, mark here: _____

4. Please list the total number of pages being transmitted: ~~4~~ 2

5. If multiple documents, please identify each document and the number of pages for each document. For example: Motion to Proceed In Forma Pauperis, 6 pages; Complaint, 28 pages.

| Name of Document | Number of Pages |
|---|---|
| ~~[illegible]~~ | |
| MOTION FOR EXTENSION | 2 |

Please note that discovery requests and responses are NOT to be filed; instead they should be forwarded to the attorney(s) of record. Discovery materials sent to the Court will be returned unfiled.

SCANNED at DCC and E-mailed

TO: LAW LIBRARY

TO: LAW LIBRARY